ORDERED.

Dated: December 20, 2023

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

RENE' VELARDO SANTIAGO and
MIRIAM MIRANDA-CRUZ

Debtor(s)[1]
_____/

Case No. 8:18-bk-10825-RCT
Chapter 13

**ORDER GRANTING TRUSTEE'S MOTION TO**
**DISMISS DEBTOR, RENE' VELARDO SANTIAGO (DOC. NO. 43)**

THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Debtor Rene' Velardo Santiago (Doc. No. 43). The Motion was filed under this Court's negative notices procedures as described in Local Rule 2002-4 and was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service.  By submitting this order, counsel for the Trustee certifies that no party filed a response within the time permitted such that this Court should consider the matter to be unopposed.  Accordingly, it is

**ORDERED:**

1. The Debtor, Rene' Velardo Santiago, is DISMISSED from this case.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2. The case will continue under the name of the Joint Debtor, Miriam Miranda-Cruz as the sole Debtor.

3. Any funds received by the Trustee during the period the case was a joint case shall be deemed to be funds of the case continuing under the name of Miriam Miranda-Cruz, as the sole Debtor.

Trustee Kelly Remick is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.
KR/WCH/tem                                                                                                         C13T 12/19/2023